sistant Attorney General Clark, and Messrs. Sewall Key, J. Louis Monarch, and Newton K. Fox for respondent.

No. 367. NEAL v. LYKES BROS. RIPLEY STEAMSHIP Co., INC. October 12, 1942. The motion to proceed on the typewritten record is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Mr. Alex. W. Swords for petitioner. Mr. Walter Carroll for respondent.

No. 88. NEBO OIL Co., A TRUST, v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Messrs. George M. Green and T. Murray Robinson for petitioner. Solicitor General Fahy, Assistant Attorney General Clark, and Messrs. Sewall Key, J. Louis Monarch, and Benjamin M. Brodsky for respondent.

No. 90. RODEN COAL Co., INC. v. UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Court of Claims denied. Mr. John Jay McKelvey for petitioner. Solicitor General Fahy, Assistant Attorney General Shea, and Mr. Paul A. Sweeney for the United States.

No. 91. ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA v. WIGGINTON. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. Richard T. Rector for petitioner. Mr. Richard R. McGinnis for respondent.